NUMBER 13-06-172-CR

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

______________________________________________________________

 

JOHN ANTHONY ACEVEDO,                                                           Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                    Appellee.

______________________________________________________________

 

                             On appeal from
the 319th District Court

                                        of Nueces County, Texas.

_____________________________________________________________

 

                              MEMORANDUM
OPINION

                                                              

                       Before Justices
Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

                                                                              

Appellant, JOHN ANTHONY ACEVEDO, attempts to appeal a conviction for aggravated sexual assault of a child.  The trial court has certified that this Ais a plea-bargain case, and the defendant has NO
right of appeal.@  See Tex. R. App. P. 25.2(a)(2).








On April
13, 2006, this Court notified appellant=s
counsel of the trial court=s certification and ordered counsel to: (1) review
the record; (2) determine whether appellant has a right to appeal; and (3)
forward to this Court, by letter, counsel=s
findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

On April
19, 2006, counsel filed a letter brief with this Court.  Counsel=s response does not establish (1) that the
certification currently on file with this Court is incorrect or (2) that
appellant otherwise has a right to appeal. 


The Texas Rules
of Appellate Procedure provide that an appeal must be dismissed if the trial
court=s certification does not show that the defendant has
the right of appeal.  Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. 
Any pending motions are denied as moot.

 

PER CURIAM

 

Do not publish. 
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 25th day of May, 2006.